[No. 1112-2.    Division Two.    May 2, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON RUSSEL BADGLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3689, Oluf Johnsen, J., entered May 21, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 732-3.    Division Three.    May 7, 1974.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES PENDERGRAFT, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 21472, Felix Rea, J., entered October 12, 1972. *Reversed* by unpublished per curiam opinion.

[No. 733-3.    Division Three.    May 7, 1974.]

THE STATE OF WASHINGTON, *Appellant,* v. RICHARD J. WARNER, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 21537, Felix Rea, J., entered October 10, 1972. *Reversed* by unpublished per curiam opinion.

[No. 1638-1.    Division One.    May 13, 1974.]

ADOLPH M. TRAXINGER et al., *Respondents,* v. HOWARD E. RIPPEE et al., *Respondents,* JACOB SEIDLER et al., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 715673, Solie M. Ringold, J., entered April 14, 1972. *Affirmed in part and reversed in part* by unpublished opinion per Williams, J., concurred in by James and Callow, JJ.

[No. 1999-1.    Division One.    May 13, 1974.]

LEE EDWIN OLSON, *Respondent,* v. JACK NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 738417, David C. Hunter, J., entered October 31, 1972. *Reversed* by unpublished per curiam opinion.